UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,<br><br>                    Plaintiff(s),<br><br>         v.<br><br>F.I.P., INC.,<br><br>                    Defendant(s). | 25-CV-8336 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On October 8, 2025, Petitioners filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition to confirm by **November 5, 2025**. Respondent's opposition, if any, is due on **November 26, 2025**. Petitioners' reply, if any, is due **December 3, 2025**.

Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondent pursuant to Rule 4 of the Federal Rules of Civil Procedure no later than **November 5, 2025**, and shall file an affidavit of such service with the court no later than **November 6, 2025**.

SO ORDERED.

Dated: October 15, 2025
New York, New York

_____
DALE E. HO
United States District Judge