UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Trustees Of The New York City District
Council Of Carpenters Pension Fund, Welfare
Fund, Annuity Fund, and Apprenticeship,
Journeyman Retraining, Educational and
Industry Fund et al.,

                             Petitioners,

            v.

F.I.P., Inc.,

                          Respondent.

25-CV-8336 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

       Pursuant to the Court's October 15, 2025 Scheduling Order, ECF No. 7, Petitioners were required to file additional materials to support their petition, if any, by November 5, 2025, Respondent was required to file their opposition, if any, by November 26, 2025, and Petitioners were required to file a reply, if any, by December 3, 2025. Petitioners were further ordered to file proof of service on Respondents by November 6, 2025.

       To date, the parties have not filed any materials in this matter and Petitioners have not filed proof of service on the docket. As a courtesy, the deadline for Petitioners to file additional materials is hereby EXTENDED, *nunc pro tunc*, to **December 17, 2025**. Respondent may file an opposition by **January 7, 2026**. If no response is filed by that date, the Court may deem the Petition fully briefed. If a response is timely filed, Petitioners may file a reply by **January 14, 2026**. If the parties would like the Court to consider the petition fully briefed, they shall file a joint letter by **December 17, 2025**. Petitioners shall serve Respondent with this Order by **December 5, 2025** and file an affidavit of such service with the Court by no later than **December 8, 2025**.

       The parties are advised that failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute.

       SO ORDERED.

Dated: December 4, 2025
      New York, New York

                                  DALE E. HO
                        United States District Judge