UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,

Petitioners,

-against-

F.I.P., INC.,

Respondent.

25 CV 8336 (DEH)

**ORDER AND JUDGMENT**

Petitioners having filed a petition to confirm an arbitration award (the "Petition"), and the action having come before the Court, and the Court having considered the same and ordered entry of judgment in favor of Petitioners (*see* ECF Dkt. No. 15), now, therefore:

IT IS ORDERED AND ADJUDGED that the Petition is granted, the January 17, 2025 arbitration award (the "Award") is confirmed, and judgment is entered in favor of Petitioners and against Respondent as follows:

1. Confirming the Award in all respects;
2. Ordering Respondent to make its books and records available to Petitioners within thirty (30) days for purposes of an audit in compliance with the Award;
3. Awarding Petitioners $187,910.64, plus pre-judgment interest thereon from January 17, 2025, at an annual rate of 9.5% totaling __$218,087.03___, pursuant to the Award;
4. Awarding Petitioners $134 in costs arising out of this proceeding;
5. Awarding Petitioners $1,690.20 in attorneys' fees arising out of this proceeding; and
6. Awarding Petitioners post-judgment interest at the statutory rate.

Dated: New York, New York
September 25, 2026

By: ____________________

Dale E. Ho

United States District Judge